# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUDIE STOLL,<br><br>        Plaintiff<br><br>    v.<br><br>RAQUEL PERRY, Does 1-100,<br><br>        Defendants | CASE NO. 1:22-CV-0910 AWI SAB<br><br>ORDER RE: INTRADISTRICT TRANSFER TO SACRAMENTO |

Plaintiff filed an unlawful detainer action in the Superior Court of California, County of Sacramento. The case concerns possession/occupation of 7441 Palmer House Drive, Sacramento, CA 95828. Defendant removed the case to the Eastern District of California, Fresno Division. Eastern District of California Local Rule 120(d) states in relevant part that:

> All civil and criminal actions and proceedings of every nature and kind cognizable in the United States District Court for the Eastern District of California arising in Alpine, Amador, Butte, Colusa, El Dorado, Glenn, Lassen, Modoc, Mono, Nevada, Placer, Plumas, Sacramento, San Joaquin, Shasta, Sierra, Siskiyou, Solano, Sutter, Tehama, Trinity, Yolo, and Yuba counties shall be commenced in the United States District Court sitting Sacramento, California, and in Redding, California, or other designated places within those counties as the Court shall designate when appropriate for Magistrate Judge criminal proceedings.

As this case arises out of actions in Sacramento County, the proper venue is not the Fresno Division of the Eastern District of California, but rather the Sacramento Division. Local Rule 120(f) states that "Whenever in any action the Court finds upon its own motion, motion of any party, or stipulation that the action has not been commenced in the proper court in accordance with this Rule, or for other good cause, the Court may transfer the action to another venue within the

1  District."

2      Accordingly, it is ORDERED that this case is transferred to the Sacramento Division of the
3  Eastern District of California.

6  IT IS SO ORDERED.

7  Dated:   July 26, 2022                                               _____
                                                                 SENIOR  DISTRICT  JUDGE